RLC/mh
r5572

## IN THE CIRCUIT COURT FOR THE OSCEOLA DISTRICT OF
## MISSISSIPPI COUNTY, ARKANSAS
## GENERAL CIVIL DIVISION

DONNIE COOPER                                                           PLAINTIFF

VS.                    CASE NO. CV-2013-_____

FILED
JUL 2 3 2013
DONNA HART
CLERK

GENERAL AMERICAN
LIFE INSURANCE COMPANY                                                   DEFENDANT

### COMPLAINT

Comes now the Plaintiff, Donnie Cooper, by and through his attorneys Reid, Burge, Prevallet and Coleman, and for his Complaint against the Defendant, General American Life Insurance Company ("General American"), states:

1. Plaintiff, Donnie Cooper, is now and was at all times pertinent to this action a resident and citizen of the Osceola District of Mississippi County, Arkansas.

2. The Defendant, General American Life Insurance Company (hereinafter referred to as "General American"), is now and was at all times pertinent to this action a Life Insurance Company organized and existing under the laws of a state other than the State of Arkansas, which has its principal place of business in St. Louis, Missouri.

3. This Court has jurisdiction over the parties and subject matter herein because this action arises out of the Defendant's actions in conducting business within the State of Arkansas and the Plaintiff was, at all times pertinent to this action, a resident of the Osceola District of Mississippi County, Arkansas.

4. Prior to May 29, 2012, Plaintiff maintained with the Defendant an IRA/ TSA account/ contract having the last three digits of 159.

5. On May 29, 2012, Plaintiff executed the redacted two page document, which is attached to this Complaint as Exhibit I entitled Variable/ Fixed Annuity Notice of Intent for Transfer

to General American IRA/ TSA/ Other Qualified Plan to accomplish the transfer of all funds held by him with the Arkansas Teacher Retirement System to his account with the Defendant, General American Life Insurance Company.

6.      In May of 2012, Plaintiff also executed the redacted document attached to this Complaint as Exhibit 2 for the purpose of transferring to General American, the funds held by him in the Arkansas Teacher Retirement System to General American.

7.      Subsequent to the execution of those documents, it was the understanding of the Plaintiff that the funds held by him in the Arkansas Teacher Retirement System were, in fact, transferred to General American by way of check and were deposited in his account at some point either in July or August 2012.

8.      Subsequent to the transfer of those funds from the Arkansas Teacher Retirement System to General American, Plaintiff received statements from General American indicating that those funds from the Arkansas Teacher Retirement System had been deposited and applied to Plaintiff's account.

9.      At some time subsequent to May 16, 2013, Plaintiff received an Account Summary Statement from General American indicating that the ending balance of his account as of May 16, 2013 was $283,891.19. A copy of that redacted statement is attached to this Complaint as Exhibit 3.

10.      In June of 2013, Plaintiff began receiving account statements indicating that the Defendant had unilaterally reduced the value of his account by reversing or deducting $144,818.27. For example, he received a Confirmation Statement with regard to his Annuity Contract dated June 4, 2013 indicating that the total value of his account, after he made a deposit of $2,000, was $139,316.54. A copy of that redacted statement is attached to this Complaint as Exhibit 4.

11.      At some point following June 19, 2013, Plaintiff received a confirmation statement with regard to his Annuity Contract indicating that his account had been reduced by the sum of $144,818.27 with the transaction date noted of August 2, 2012 and a transaction description of "reversal". A copy of that redacted statement is attached as Exhibit 5.

12.      Plaintiff contacted representatives of General American by phone in an attempt to determine why he had suffered the loss of $144,818.27 from his account and was advised by representatives of General American that General American had, in fact, received a check from the Arkansas Teacher Retirement System on or about August 2, 2012, and thought that the money had been deposited in the bank account of General American, Plaintiff was told that General American had only recently learned that its bank did not deposit those funds in the bank account of General American as directed, so General American reversed the deposit to Plaintiff's Annuity Account, reduced the value of his account; and, has refused to allow his access to those funds which General American previously indicated were available to Plaintiff since August of 2012.

13.      Plaintiff has fully cooperated with General American in attempting to get to resolve the matter. In the course of doing so, Plaintiff has communicated with representatives of the Arkansas Teacher Retirement System and General American and has learned that, although the Arkansas Teacher Retirement System did, in fact, send a check to General American, which was received by General American and was credited to Plaintiff's account, the check sent by the Arkansas Teacher Retirement System to General American was never cashed, so a new check would have to be mailed to General American.

14.      Plaintiff has made repeated requests to General American to correct the situation and credit his account appropriately, but General American has refused to give him access to the funds, despite the fact that he has made General American aware that he needs access to those funds

because he is attempting to purchase a new home and wishes to do so while interest rates are still low.

15.    After making numerous attempts to resolve this matter on his own, Plaintiff ultimately hired an attorney on July 16, 2013, in an effort to gain access to the $144,818.27 referred to above, which was "reversed" from his account.

16.    Plaintiff, through his attorney, advised representatives of General American that, unless the funds in question were restored to his account with interest back to the date those funds should have been deposited from the Arkansas Teacher Retirement System, he intended to file suit.

17.    On July 17, 2013, a representative of Defendant who identified herself as "Teresa" contacted Plaintiff's attorney and advised that General American would agree to credit Plaintiff's account with the "reversal" of $144,818.27 plus earnings from the date the original check was received by General American from the Arkansas Teacher Retirement System account, if that was acceptable to the Plaintiff, but would put a hold on the account funds until it actually received a new check replacing the original check, which was apparently never deposited to the Plaintiff's account. In other words, Defendant offered to "pretend" that the money was in his account, but was not going to allow him access to the funds even though the loss of $144,818.27 from Plaintiff's Annuity Contract account by Defendant's "reversal" did not occur as a result of any fault on the part of Plaintiff.

## DECLARATORY JUDGMENT

18.    Plaintiff states that he is entitled to relief in the form of a Declaratory Judgment declaring that he is entitled to a credit in his annuity account for the total amount of the check received by General American of funds from the Plaintiff's account at the Arkansas Teacher

Retirement System from the date of its receipt, along with earnings on those funds at the contract rate until such time as he is given full access to those funds.

19.     Plaintiff further states that he is entitled to recover his attorney fees and costs pursuant to Arkansas Code Annotated § 23-79-209 in pursuing a Declaratory Judgment action.

## CLAIM FOR DAMAGES

20.     Plaintiff further states that in addition to the declaratory relief set forth above, or as alternative relief, Plaintiff is entitled to recover damages from the Defendant for the loss of funds from his account in the amount of $144,818.27 (the amount of the reversal made effective retroactive to the "transaction date" of August 2, 2012, as set forth in Exhibit 5) along with interest at the maximum rate permitted by law to compensate him for the wrongful withdrawal or reversal of funds from his account by the Defendant.

21.     Plaintiff further states that during the months of June and July 2013, Plaintiff was in the process of purchasing another home and has been attempting to lock in an interest rate at a favorable rate based on current economic circumstances. His ability to purchase the home and obtain a favorable rate of interest is contingent upon his ability to have full access to the full amount of funds the Defendant has been representing to the Plaintiff were in the account with the Defendant.

22.     Plaintiff reserves the right to amend this Complaint to seek additional damages in the event he suffers additional monetary losses as a result of the Defendant's failure and refusal to allow him access to the full amount of funds, which should have been in his account had the Defendant given him proper credit for the check which was apparently received by the Defendant no later than August 2, 2012.

23.     Plaintiff further requests that he be awarded a twelve percent (12%) penalty and

attorney fees on his claim for damages pursuant to Arkansas Code Annotated § 23-79-208.

## JURY DEMAND

24.     Plaintiff respectfully demands trial by jury in this case.

25.     At the time of the preparation of this Complaint, Plaintiff was unable to locate a copy

of all documents relating to his contract with the Defendant, so they are not attached to the

Complaint at this time. Copies of those documents are, however, believed to be in the possession

of the Defendant. If any dispute or question arises with regard to the contents of those documents,

Plaintiff requests that he be granted leave to amend his Complaint to attach those documents in

accordance with Rule 10(d) of the Arkansas Rules of Civil Procedure after further investigation and

discovery.

WHEREFORE, Plaintiff prays that he be granted the relief requested above along with all

other proper relief.

Respectfully submitted,

REID, BURGE, PREVALLET, & COLEMAN
417 North Broadway, Post Office Box 107
Blytheville, Arkansas 72316-0107
Phone: (870) 763-4586
Fax:    (870) 763-4642
Email: rbpc@sbcglobal.net

By: _____

Robert L. Coleman, #80031
Attorney for Plaintiff

# GenAmerica Financial®
A MetLife Company

## Variable/Fixed Annuity Notice of Intent for Transfer TO General American IRA/TSA/Other Qualified Plan

**FILED**

(From an Existing IRA Account to a General American IRA Contract)
(From an Existing TSA Account to a General American TSA Contract)
(From an Existing 401(k) or Other Qualified Plan to a General American Contract)

JUL 23 2013

DONNA HART
CLERK

Instructions to Soliciting Agent: Complete Sections 1, 2, 3 and 4 (if appropriate).
Keep a copy and forward the original to General American Annuity Administration.

### 1. CUSTOMER/PARTICIPANT INFORMATION (Please Print)

| Name | |
|------|--|
| Donnie Cooper | |
| Address | S. S. # |
| City, State, Zip Code | Telephone # |
| Osceola, AR      72370 | |

### CURRENT TRUSTEE/CUSTODIAN/INSURANCE COMPANY

Name
Arkansas Teacher Retirement System
Address
1400 West Third
Address

| City, State, Zip Code | Telephone # 501-682-1517 |
|---|---|
| Little Rock, AR      72201 | or 800-666-2877 |

### 2. TRANSFER INFORMATION

| Transfer FROM: | ☐ IRA | ☐ SEP | ☐ TSA | ☑ 401(k)/Other Qualified Plan |
|---|---|---|---|---|

| Transfer TO: | General American Existing IRA/TSA Account/Contract #: ____ 159 |
|---|---|

### 3. INSTRUCTIONS FOR CURRENT TRUSTEE OR TRUSTEE/CUSTODIAN/INSURANCE COMPANY

| Please liquidate: | ☑ Full value | ☐ Partial value $_____ | ☐ Periodic Transfer (403(b) only) |
|---|---|---|---|

☑ Immediately July 1, 2012   at maturity _____ (date, no more than 3 months after today)

If periodic Transfer is checked, under provisions of Internal Revenue Code Section 403(b)(8), as amended, I hereby request that you:

☐ Annuitize my entire account to my credit over a _____ year period. (must be less than 10 years)

☐ Annuitize $_____ of the account value to my credit over a _____ year period (must be less than 10 years)

Please issue these rollover checks as instructed above at the following frequency:

| ☐ Monthly | ☐ Quarterly | ☐ Semi-annually | ☐ Annually |
|---|---|---|---|

**EXHIBIT**

1

## 4. REQUIRED MINIMUM DISTRIBUTION (RMD) RESTRICTIONS INFORMATION *(Must be completed for tax qualified annuity plans in which the annuitant will be age 70 ½ or older during this calendar year)*

| | | |
|---|---|---|
| The RMD for this year will be taken from the distributing plan prior to transfer. | ☐ Yes | ☐ No |
| The Beneficiary of the distributing plan is the IRA holder's spouse. | ☐ Yes | ☐ No |
| The IRA holder has elected to recalculate the expectancy each year. | ☐ Yes | ☐ No |

The date of birth of the oldest primary beneficiary of the distributing plan is (MMDDYYYY)

| The IRA holder has chosen to base the RMD calculation on: | ☐ Single Life Expectancy | ☐ Joint Life Expectancy |
|---|---|---|

## 5. ADJUSTED ACCOUNT BALANCE   Please provide the following adjusted account balance

12-31-1986: _____

12-31-1988: _____

Current Balance Transferred: _____

## 6. ACKNOWLEDGEMENT AND REQUIRED SIGNATURE

I certify that the policy/contract has not been assigned or pledged as collateral. I agree that I am responsible for determining whether a transfer made using this form meets federal tax laws and IRS requirements relating to nontaxable transfers. If transferring funds from a traditional IRA to a non-IRA other than a Roth IRA, I certify such funds do not include any after tax contributions. I understand that recent changes in federal/state laws and regulations may result in different tax consequences and restrictions impacting distributions from qualified plans. I have consulted with my own attorney or tax advisor concerning this transfer.

The annuity contract being transferred is:   ☐ Enclosed   ☐ Lost or destroyed.

| Annuitant's Signature: *Donnie Cooper* | Date: *May 29, 2012* |
|---|---|
| Spouse's Signature (Required in AZ, CA, ID, LA, NV, NM, TX, WA, WI) | Date: |

## 7. EMPLOYER OR PLAN ADMINISTRATOR APPROVAL (Required for 403(b) transfers)

I certify the information provided above is complete and accurate to the best of my knowledge and therefore complies with the provisions required by the final IRS 403(b) regulations effective September 24, 2007.

| Employer / Plan Administrator Signature & Title: *Michael W. Cox, Superintendent* | Date: *5/29/12* |
|---|---|

## 8. LETTER OF ACCEPTANCE - GENERAL AMERICAN LIFE INSURANCE COMPANY

General American Life Insurance Company will accept the transfer described above and will be responsible for the administration and application for the transferred funds in compliance with IRS Revenue Ruling 90-24 for IRC 408.

| Authorized Signature: | Date: |
|---|---|

Make check payable to General American Life Insurance Company. Include customer's name and social security number as it appears above on face of check. Forward check and a copy of this form to:

General American Annuity Administration Department
P.O. Box 19098
Greenville, SC 29602
Phone Number: (800) 449-6447

RECEIVED ATRS

Revised 5/31/12

**AR)TRS**
Arkansas Teacher Retirement System

Form # 222
Revised 4/2011
1400 West Third, Little Rock, AR 72201
Phone (501) 682-1517 or (800) 666-2877
Fax (501) 682-1812
Website - http://www.artrs.gov

MAY 1 5 2012

BENEFITS & COUNSELING

**T-DROP Account Distribution Request**

FILED

JUL 23 2013

DONNA HART
CLERK

Use this form to direct ATRS how to distribute your T-DROP account funds at retirement. All distributions from your T-DROP account are taxable unless rolled over to a qualifying retirement account. ATRS recommends that you consult a professional tax advisor about retirement distributions before submitting this request.

**Member Information**

Member's Name __Donnie Cooper__          SSN _____

Address _____

City __Osceola__          State __Ar__   Zip __72370__

Telephone Number _____   Alternate Number (___) _____

**Distribution Options**

Sum of Annuitization Amounts and Partial Distribution must total 100% (i.e. 75% annuity plus 25% lump sum = 100%)

☐ **Annuitized.** I elect to receive ☐ 100% ☐ 75% ☐ 50% ☐ 25% of my T-DROP account as a monthly lifetime benefit. I understand that this amount will be added to my regular retirement benefit based on the annuity option selected.

☑ **Lump Sum.** I elect to receive ☑ 100% ☐ 75% ☐ 50% ☐ 25% of my T-DROP account as a lump sum. If this option is selected, I elect to roll over this amount to another institution or have the check issued to me, less tax withholdings.

a. ☐ **Paid to you.** I understand that ATRS must withhold 20% of my T-DROP account as federal income tax withholdings. If I am under age 59 1/2, I may be subject to an additional 10% early withdrawal penalty when I file my annual federal income tax return. The State of Arkansas requires state income tax withholdings of 5% for Arkansas residents. ATRS will withhold Arkansas income taxes unless the next box is checked and a state or territory other than Arkansas is listed.

☐ DO NOT withhold Arkansas income tax from this distribution because I am resident of _____ (State or Territory)

(OR)

b. ☑ **Rollover.** I elect to roll over the balance of my T-DROP account directly to another qualified retirement plan. (NOTE: Plans are not required to accept plan-to-plan transfers. Check with the plan sponsor before selecting this option). The eligibility of the rollover institution you select is subject to verification by ATRS.

Mail check to the following __General American Annuity Administration Department__

Address __P.O. Box 19098__

City __Greenville__          State __SC__   Zip __29602__

Account Number __159__          Telephone Number (__800__) __449-6447__

Type of Account ☐ 401(k) ☐ Traditional IRA ☑ 401(a) ☑ 403 b)/457(b) ☐ Other _____

Signature of Plan/Trustee Representative __James Reid Fergus__          Date __5/31/12__

**Certification and Signature**

By my signature, I authorize ATRS to distribute my entire T-DROP balance as directed above. I have reviewed the distribution options above and understand that once submitted, this distribution request is irrevocable.

Member's Signature __Donnie Cooper__          Date __5/31/12__

**EXHIBIT**
**2**

01370-00900-0028324

GROUP VAR ANNUITY TSA

## ACCOUNT SUMMARY

General American
LIFE INSURANCE COMPANY
ST. LOUIS, MISSOURI 63166

FILED

JUL 2 3 2013

DONNA HART
CLERK

**A.**

DONNIE COOPER

OSCEOLA AR   72370

SSN
-ON FILE-

**B.**

CONTRACT NO.
;159 0

**C.**

14377

INVESTMENT FUND

| PERIOD COVERED: | **E.** | |
| --- | --- | --- |
| 08/17/12 TO 05/16/13 | GENERAL ACCT | *B-bly*<br>*302-Craft.* |
| BEGINNING ACCOUNT VALUE | $287,455.80 | |
| NET CONTRIBUTIONS * | $.00 | |
| TRANSFERS | $.00 | |
| INVESTMENT RESULTS | $8,435.39 | |
| WITHDRAWALS | | |
| DISTRIBUTIONS | $12,000.00- | |
| DEFERRED LOAD | $.00 | |
| TAXES WITHHELD | $.00 | |
| TOTAL WITHDRAWALS | $12,000.00- | |
| ENDING BALANCE | $283,891.19 | |
| ENDING BALANCE IN UNITS | 4,156.015 | |
| UNIT VALUE AS OF 05/16/13 | 68.308 | |

EXCLUDES ANY PREMIUM TAX OR WAIVER OF PREMIUM PAYMENT

CURRENT INTEREST RATE CREDITED TO THE GENERAL ACCOUNT (FIXED FUND) OF YOUR
IABLE OR FLEXIBLE PREMIUM ANNUITY CONTRACT IS  4.000% AS OF 05/17/13.

QUESTIONS REGARDING THIS STATEMENT CALL YOUR GENERAL AMERICAN
RESENTATIVE OR A CUSTOMER SERVICE REPRESENTATIVE AT 1-800-449-6447.

**EXHIBIT**

**3**

# HOW TO READ YOUR SUMMARY ACCOUNT

A. OWNER/ANNUITANT NAME AND ADDRESS

B. CONTRACT NUMBER

C. PLAN NUMBER -
If the contract was sold in a qualified pension plan, the four or
five digit plan number is shown here.

D. PERIOD COVERED -
The beginning and ending dates for the data presented.

E. INVESTMENT FUND -
Shows, in separate columns, how your assets are invested.
Fixed Fund is our Guaranteed Account. Each Separate
Account/Fund will be identified by name (abbreviated).
Only those fund that have assets will be shown.
If assets are invested in more than two funds,
additional funds will be reflected on subsequent pages.

F. ACTIVITY -
This section lists all financial activity for your contract
as well as beginning and ending account balances for the
period covered.

The insurance company identified on this statement confirms the
transactions shown as the issuer of the policy/contract.  The
insurance company is providing this confirmation on behalf of the
variable product distributor, MetLife Investors Distribution
Company, and your retail broker dealer, who are acting as agents
for the insurance company.

Annuity Administration

**General American**
ducts to value,
ople to trust

**Confirmation Statement**
**Annuity Contract**

FILED

FOR QUESTIONS CONCERNING
THIS STATEMENT CALL YOUR GENERAL
AMERICAN REPRESENTATIVE OR A
CUSTOMER SERVICE REPRESENTATIVE
AT
1-800-449-6447

DONNIE COOPER

OSCEOLA AR 72370

23 2013

DONNA HART
CLERK

(1) Agent's Code:   01-370-00900-002/324

(2) Statement Date: 06-04-12

(3) Group No:                  004377

(4) Contract No:             1159-D

(5) Annuitant Name: COOPER, DONNIE

(6) Gross Payment:        $2,000.00

(7) Deductions/Charges:        NONE

(8) Premium Tax:               NONE

(9) Net Payments:         $2,000.00

\* A positive amount refers to a NET increase in your
contract value resulting from the transaction activity
shown below. A negative (-) amount denotes a
NET decrease.

### Summary of Account Balance on Statement Date

| (11) Fund | (12) Total Accumulation Units | (13) Accumulation Unit Value | (14) Total Value |
|---|---|---|---|
| ACCOUNT | 2,116.644 | $65.819539 | $139,316.54 |

Total Value of Contract as of   06-04-12          $139,316.54

"TOTAL VALUE" DOES NOT INCLUDE ANY CHARGES THAT MAY BE IMPOSED UPON SURRENDER OR WITHDRAWAL.

### Transaction Detail

| (16) Transaction Date | (17) Transaction Description | (18) Net Amount | (19) Unit Value on Transaction Date | (20) Units This Transaction |
|---|---|---|---|---|
| 06-04-12 | PURCHASE PAYMENT | $2,000.00 | $65.819539 | 30.386 |

### Important Message

INTEREST RATE CREDITED TO THE GENERAL ACCOUNT (FIXED FUND) IS 4.000%.
DO NOT REFLECT ANY CONTINGENT SALES CHARGES THAT MAY BE APPLICABLE.

**EXHIBIT**
4

Variable Annuity Administration

## General American

products to value,
people to trust

(Address changes and payment forwarding
addresses are not applicable for Qualified Pension Plans)

ve moved.  My new address is (please sign):

_____

dress

_.__ .__ ___     State      Zip

_____

ntract Number

_____

e                              Date

**For premium payments, make check payable to:**

General American Life Insurance Company
Include contract number on the check &
contribution _____ year, if IRA.

Mail to:   General American Life Insurance Company
Variable Annuity Administration Service Center-IVA
P.O. Box 19088
Greenville, SC 29602-9088

**For withdrawals, surrenders, correspondence, address changes, inquiries:**

Mail to:   General American Life Insurance Company
Variable Annuity Administration Service Center-IVA
P.O. Box 19088
Greenville, SC 29602-9098

- - - - - - - - - - - - - - - - - - - - - (Cut Here) - - - - - - - - - - - - - - - - - - - - -

brief explanation of each numbered section on
le of this notice:

's Code – General American use only.

nent Date – The actual date the transaction was
ssed.

No. – This is the number we use to identify the          plan
which it is maintained (if applicable).

ct No. – The number assigned to identify the
ct.

ant Name – The individual who will receive
s from the contract when an annuity installment
ted.

Payment – Total of all deposits on this statement.

tions/Charges – Amount of withdrawal charges,
cable.

um Tax – Total amount of state premium tax
ed, if applicable.

yments – Gross payment less front-end
s.  On withdrawals this is the amount paid out,
thdrawal charges and taxes withheld.

Address – Contract owner's name and
s.

The fixed or variable fund name.

12. Total Accumulation Units – The total number of units;
including any transactions listed in #17.

13. Accumulation Unit Value – Current unit value based on
the statement date.

14. Total Value – The dollar value of your contract as of the
statement date, (#12 X #13) which is calculated by
multiplying the total accumulation units by the
accumulation unit value.

15. Fund – The fixed or variable fund name affected by
these transactions.

16. Transaction Date – The effective date of the
transaction from which interest will be credited.

17. Transaction Description – This is the transaction type;
i.e., payment, withdrawal, surrender.  A confirmation
statement is generated whenever a transaction
impacts the financial condition of your contract.

18. Net Amount – The amount deposited into or withdrawn
from the contract for each transaction on the statement
date.

19. Unit Value on Transaction Date – This is the dollar
value of a unit for the specified transaction on the statement
date.

20. Units This Transaction – This is the shares purchased
by premium payments or paid out of withdrawals.
Units are calculated by dividing the dollar amount of
the transaction by the unit value.  Units are similar to
shares of stock.

Annuity Administration

**General American**

oducts to value,
eople to trust

**Confirmation Statement**
**Annuity Contract**

~~FILED~~

2 3 2016

DONNA HART
CLERK

FOR QUESTIONS CONCERNING
THIS STATEMENT CALL YOUR GENERAL
AMERICAN REPRESENTATIVE OR A
CUSTOMER SERVICE REPRESENTATIVE
AT
1-800-449-6447

(1) Agent's Code:   01370-00906-0028534

(2) Statement Date:  06-19-13

(3) Group No:               0012

(4) Contract No:      159-0

(5) Annuitant Name: COOPER, DONNIE

DONNIE COOPER

OSCEOLA AR 72370

(6) Gross Payment:   $144,810.27-

(7) Deductions/Charges:        NONE

(8) Premium Tax:          NONE

(9) Net Payments:    $144,810.27-

.* A positive amount refers to a NET increase in your
contract value resulting from the transaction activity
shown below.  A negative  (-)  amount denotes a
NET decrease.

## Summary of Account Balance on Statement Date

| 11) Fund | (12) Total Accumulation Units | (13) Accumulation Unit Value | (14) Total Value |
|----------|-------------------------------|------------------------------|------------------|
| ACCOUNT  | 1,969.650 | $68.558515 | $135,036.31 |

Total Value of Contract as of   06-19-13        ▷        $135,036.31

"TOTAL VALUE" DOES NOT INCLUDE ANY CHARGES THAT MAY BE IMPOSED UPON SURRENDER OR WITHDRAWAL.

## Transaction Detail

| (16) Transaction Date | (17) Transaction Description | (18) Net Amount | (19) Unit Value on Transaction Date | (20) Units This Transaction |
|-----------------------|------------------------------|-----------------|-------------------------------------|------------------------------|
| ACC | 08-02-12 | REVERSAL* | $144,810.27- | $66.236999 | 2,186.365- |

## Important Message

SAL OF PURCHASE PAYMENT
S DO NOT REFLECT ANY CONTINGENT SALES CHARGES THAT MAY BE APPLICABLE.

**EXHIBIT**

**5**

CONFIRMATION EXPLANATION ON BACK

Variable Annuity Administration

## General American
products to value,
people to trust

**(Address changes and payment forwarding
addresses are not applicable for Qualified Pension Plans)**

've moved.  My new address is (please sign):

_____

ldress
_____
                    State        Zip
_____

ontract Number
_____
o                          Date

For premium payments, make check payable to:

General American Life Insurance Company
Include contract number on the check &
contribution _____ year, if IRA.

Mail to:   General American Life Insurance Company
           Variable Annuity Administration Service Center-IVA
           P.O. Box 19098
           Greenville, SC 29602-9098

*For withdrawals, surrenders, correspondence, address
changes, inquiries:*

Mail to:   General American Life Insurance Company
           Variable Annuity Administration Service Center-IVA
           P.O. Box 19098
           Greenville, SC 29602-9098

----------------------------------- (Cut Here) -----------------------------------

brief explanation of each numbered section on
de of this notice:

t's Code – General American use only.

ment Date – The actual date the transaction was
ssed.

n No. -- This is the number we use to identify the plan
which it is maintained (if applicable).

act No. – The number assigned to identify the
ct.

ant Name – The individual who will receive
ts from the contract when an annuity installment
led.

Payment – Total of all deposits on this statement.

tions/Charges – Amount of withdrawal charges,
icable.

m Tax – Total amount of state premium tax
ed, if applicable.

yments – Gross payment less front-end
s. On withdrawals this is the amount paid out,
thdrawal charges and taxes withheld.

Address -- Contract owner's name and
s.

The fixed or variable fund name.

12.  Total Accumulation Units – The total number of units;
     including any transactions listed in #17.

13.  Accumulation Unit Value – Current unit value based on
     the statement date.

14.  Total Value – The dollar value of your contract as of the
     statement date. (#12 X #13) which is calculated by
     multiplying the total accumulation units by the
     accumulation unit value.

15.  Fund – The fixed or variable fund name affected by
     these transactions.

16.  Transaction Date – The effective date of the
     transaction from which interest will be credited

17.  Transaction Description – This is the transaction type;
     i.e., payment, withdrawal, surrender.  A confirmation
     statement is generated whenever a transaction
     impacts the financial condition of your contract.

18.  Net Amount – The amount deposited into or withdrawn
     from the contract for each transaction on the statement
     date.

19.  Unit Value on Transaction Date – This is the dollar
     value of a unit for the specified transaction on the statement
     date.

20.  Units This Transaction – This is the shares purchased
     by premium payments or paid out of withdrawals.
     Units are calculated by dividing the dollar amount of
     the transaction by the unit value. Units are similar to
     shares of stock.

surance company identified on this statement confirms the transactions shown as the issuer of the policy/contract. The
ice company is providing this confirmation on behalf of the variable product distributor, MetLife Investors Distribution Company,
ur retail broker dealer, who are acting as agents for the insurance company.