IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DONNIE COOPER                                                            PLAINTIFF

v.                              No. 3:13-cv-187-DPM

GENERAL AMERICAN LIFE
INSURANCE COMPANY                                              DEFENDANT

JUDGMENT

Cooper's complaint is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 February 2015